United States Courts
Southern District of Texas
FILED
April 15, 2026
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**EDUARDO NEVARES,**

Defendant.

**Case No.** 4:26-cr-232

**COUNT ONE**
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii)
NLT 25 Years Imprisonment but NMT Life Imprisonment
NMT $20,000,000 Fine
NLT 10 Years Supervised Release
Class A Felony

**COUNT TWO**
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)(1)(A)(i)
NLT 5 Years Imprisonment but NMT Life Imprisonment (Consecutive)
NMT $250,000 Fine
NMT 5 Years Supervised Release
Class A Felony

**COUNT THREE**
*Felon in Possession of a Firearm*
18 U.S.C. §§ 922(g)(1) and 924(a)(8)
NMT 15 Years Imprisonment
NMT $250,000 Fine
NMT 3 Years Supervised Release
Class C Felony

**PRIOR CONVICTIONS**
21 U.S.C. § 851

**FORFEITURE ALLEGATION**
21 U.S.C. §§ 853 and 970

$100 Special Assessment (Each Count)

# INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE

### Possession with Intent to Distribute a Controlled Substance

On or about November 11, 2025, in the Southern District of Texas, the defendant,

**EDUARDO NEVARES**

did knowingly and intentionally possess with the intent to distribute a controlled substance, namely, 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A)(viii).

## COUNT TWO

### Possession of a Firearm in Furtherance of a Drug Trafficking Crime

On or about November 11, 2025, in the Southern District of Texas, the defendant,

**EDUARDO NEVARES**

did knowingly possess a firearm, namely, a pistol, in furtherance of a drug trafficking crime, namely, possessing with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) as described in Count One of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE

### Felon in Possession of a Firearm

On or about November 11, 2025, in the Southern District of Texas, the defendant,

**EDUARDO NEVARES**

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, did knowingly possess a firearm, to wit: pistol, and said firearm had been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**PRIOR CONVICTIONS**

Prior to the commission of the offense charged in Count One of this Indictment, the defendant,

**EDUARDO NEVARES**

was convicted of Murder, a first degree felony, in violation of Texas Penal Code Section 19.02(b)(1), in Harris County, Texas, case number 083451401010 and Aggravated Robbery with a Deadly Weapon, a first degree felony in violation of Texas Penal Code Section 29.03(a)(2) in Harris County, Texas, case number 081467501010, which are serious violent felonies for which the defendant served more than 12 months imprisonment.

All in accordance with Title 21, United States Code, Section 851.

**NOTICE OF CRIMINAL FORFEITURE ALLEGATION**

The allegations contained in this Indictment are realleged and incorporated by reference as though set forth fully herein for purpose of alleging forfeiture pursuant to provisions of Title 21, United States Code, Sections 853 and 970, and the United States gives notice to defendant:

**EDUARDO NEVARES**

that, in the event of conviction of an offense in violation of Title 21, United States Code, Sections 841 or 846, the following is subject to forfeiture:

(1) any and all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations, and

(2) any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

**Money Judgment**

Defendant is notified that in the event of conviction, a money judgment may be imposed equal to the total value of the property subject to forfeiture.

**Substitute Assets**

In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendant up to the total value of the property subject to forfeiture.

**A TRUE BILL:**

Original Signature on File

**FOREPERSON OF THE GRAND JURY**

**JOHN G.E. MARCK**
**ACTING UNITED STATES ATTORNEY**

**BY:** ______________________________
**Charles B. Hagerman**
**Assistant United States Attorney**